# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2018-0596, <u>Scott Eaton v. Carin Hallum White & a.</u>, the court on September 12, 2019, issued the following order:**

Having considered the briefs filed by the parties and the record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1).  The defendants, Matt White and Carin Hallum White, appeal an August 2018 periodic payment order entered by the Circuit Court (<u>Vetanze</u>, J.), requiring them to pay a July 2017 $8,341.04 judgment in monthly installments of $200.  We affirm.

On appeal, the defendants challenge the underlying 2017 judgment and what occurred at a hearing that they assert was scheduled as a contempt hearing.  Because those arguments are not properly before us in this appeal, we decline to address them.  As the appealing parties, the defendants have the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's August 2018 periodic payment order, the defendants' appellate arguments, the relevant law, and the record submitted on appeal, we conclude that the defendants have not demonstrated reversible error.  <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**